In the Matter of the Probate of the Last Will and Testament
of DANIEL GOULD, Deceased.

ELAM A. HATCH, Respondent, *v.* MAHLON J. GOULD,
Appellant.

(Argued February 12, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made April 11, 1890, which affirmed a decree of the surrogate
of the county of Monroe admitting to probate the will of
Daniel Gould, deceased.

*O. B. Gould* for appellant.

*J. A. Stull* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.